IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

RAPHAEL ANDREW MEDINA       *

     Plaintiff,                      *

        v.                          * CIVIL ACTION NO. 1:04-CV-922-T

SEAN MALLOY, *et al*.,           *

     Defendants.            *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action was filed by Plaintiff on September 3, 2004. When he filed this complaint, Plaintiff was an inmate incarcerated at the Houston County Jail located in Dothan, Alabama.

On October 4, 2004 the court entered an order which instructed Plaintiff, among other things, to inform the court of any change in his address. (Doc. No. 4.) On February 23, 2005 the envelope containing Plaintiff's copy of an order filed February 15, 2005 was returned to the court marked "Returned to Sender, Moved Left No Address, not at this address" because Plaintiff was no longer at the address he had provided to the court. Consequently, the court entered an order on February 25, 2005 directing Plaintiff to provide the court with his present address on or before March 2, 2005. ( Doc. No. 36.) The order cautioned Plaintiff that his failure to comply with the court's February 25 order would result in a recommendation that this case be dismissed. (*Id*.) Plaintiff has filed no response.

It is clear that Plaintiff is no longer incarcerated at the Houston County Jail and that he has not provided this court with his current address. The undersigned, therefore, concludes that this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation within a period of 13 days from the date of mailing or transmittal to them. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 7th day of March, 2005.

                          **/s/ Delores R. Boyd**
                          DELORES R. BOYD
                          UNITED STATES MAGISTRATE JUDGE