IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAPHAEL ANDREW MEDINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04-CV-0922-T |
| | ) | WO |
| SEAN MALLONY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on March 7, 2005, (Doc. 37), that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of April, 2005.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE